

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00534-CV

**IN RE BLN PROPERTIES NO. 5, LLC**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed: August 20, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On July 29, 2014, relator filed a petition for writ of mandamus. The court has considered the petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-CI-14852, styled *Autowash Sales & Services, LLC v. BLN Properties No.2, LLC and BLN Properties No. 5, LLC*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Larry Noll presiding.